UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON VELASCO,<br><br>      Plaintiff,<br><br>   v.<br><br>HOMEWIDE LENDING CORP, et al.,<br><br>      Defendants. | Case No. SACV 12-01894-JGB(ANx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Nationstar Mortgage, LLC, Aurora Loan Services, LLC, and Mortgage Electronic Registration Systems, Inc. are DISMISSED WITHOUT PREJUDICE from Plaintiff's Complaint.  The Court orders that such judgment be entered.

Dated: January 31, 2013

JESUS G. BERNAL
United States District Judge