O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON VELASCO,<br><br>        Plaintiff,<br><br>  v.<br><br>HOMEWIDE LENDING CORP.,<br>et al.<br><br>        Defendants. | Case No. SACV 12-01894-JGB (ANx)<br><br>**JUDGMENT AND ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |

    On October 31, 2012, Plaintiff Nelson Velasco filed a complaint against Defendants Homewide Lending Corp. ("Homewide"), Aurora Loans Services LLC ("Aurora"), Nationstar Mortgage LLC ("Nationstar"), Mortgage Electronic Registration Systems, Inc. ("MERS"), and fictitious entities. (Compl., Doc. No. 1.) On January 31, 2013, the Court granted Nationstar, Aurora, and MERS' motion to dismiss the Complaint because Plaintiff failed to oppose the motion. (Doc. No. 14.) In accordance with that order, Defendants Nationstar, Aurora, and MERS were

dismissed from the Complaint without prejudice on January 31, 2013. (Doc. No. 15.)

On March 11, 2013, the Court issued an order to show cause why the case should not be dismissed as to Defendant Homewide because Plaintiff failed to file a proof of service. (Doc. No. 17.) The Court put Plaintiff on notice that failure to respond to the order would be deemed consent to the dismissal of the action. (Id.) As of the date of this Order, Plaintiff has not responded to the order to show cause, nor has he filed the required proof of service.

Accordingly, the Court DISMISSES Plaintiff's Complaint WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: 7/12/13

JESUS G. BERNAL
United States District Judge

JS - 6